# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 216.80.27.149, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO SERVE A THIRD PARTY
## SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: May 15, 2013

                                                Respectfully submitted,
                                                SCHULZ LAW, P.C.

                      By:    /s/ *Mary K. Schulz*
                              Mary K. Schulz, Esq.
                              1144 E. State Street, Suite A260
                              Geneva, Il 60134
                              Tel: (224) 535-9510
                              Fax: (224) 535-9501
                              Email: schulzlaw@me.com
                              *Attorneys for Plaintiff*